Albert Dallemand & Company, appellee, v. Rudolph Lederer and Samuel Lederer, trading as Lederer Brothers, appellants. Gen. No. 25,119.

Action to recover balance due on purchase price of goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919. Rehearing denied December 22, 1919. McSurely, P. J., dissenting.

Sabath, Stafford & Sabath, for appellants; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Moses, Rosenthal & Kennedy, for appellee; S. Sidney Stein and Henry Jackson Darby, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Edward Klonowski, by next friend, appellee, v. Chicago and Interurban Traction Company, appellant. Gen. No. 25,165.

Action to recover for personal injuries to pedestrian struck by an interurban car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919.

Busby, Weber, Miller & Donovan, for appellant. James C. McShane, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

David Gilmour, appellee, v. Otto F. Reets, appellant. Gen. No. 25,211.

Action to recover balance due on attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919.

J. W. Richey, for appellant. Philip P. Sachs, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

German-American Savings, Loan & Building Association et al., appellants, v. John C. Trainor et al. Harriet H. Leaming, executrix of the estate of Jeremiah Leaming, deceased, appellee. Gen. No. 24,661.

Foreclosure suit. Decree for defendants. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 10, 1919.

Sabath, Stafford & Sabath, for appellants; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Arthur Smith, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.